SCJ:EEA
F.# 2015R02083

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GHANSHYAM BHAMBHANI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 17-M-604 (RML)

Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin E. Argo, for an order maintaining the complaint in the above-captioned matter under seal and allowing a redacted version of the complaint to be substituted on the docket.

      WHEREFORE, it is ordered that arrest warrant be unsealed, the complaint and search warrant in the above-captioned matter remain sealed, and that redacted versions of the complaint and search warrant be filed on the docket.

Dated:   Brooklyn, New York
            _____, 2017
            July 12, 2017

                                              _____
                                              HONORABLE ROBERT M. LEVY
                                              UNITED STATES MAGISTRATE JUDGE
                                              EASTERN DISTRICT OF NEW YORK